# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : Nos. 36 & 37 WM 2022

Respondent :

v. :

DEMETRIUS BAILEY, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.